IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:02 cr 45-6

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| EDWARD WAYNE ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Continue (#366) filed by counsel for Defendant. It appearing to the Court that good cause has been shown for the granting of the motion and the Government has been consulted and consented to the motion and therefore the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue (#366) is **ALLOWED**.

Signed: September 3, 2015

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge

1